UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

JANE DOE,

        Plaintiff,

v.                                                                          Case No. 2:20-cv-30

SAINT MICHAEL'S COLLEGE, INC.,
*d/b/a Saint Michael's College*;
DANIEL DROMESHAUSER,

        Defendants.

ORDER DISMISSING CASE

        The court having been advised by the Evaluator's Report (Document No. 71) that the above-entitled action has been settled,

        IT IS HEREBY ORDERED that this action is hereby dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

        Dated at Burlington, in the District of Vermont, this 5th day of April 2022.

        /s/ William K. Sessions III
        William K. Sessions III
        U.S. District Judge